IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA CHECKER CAB
CORPORATION, A NEVADA
CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JOANNA
KISHNER, DISTRICT JUDGE,
Respondents,
and
EMMANUELYN DEFREITAS, AN
INDIVIDUAL,
Real Party in Interest.

No. 80110



FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of prohibition or mandamus challenges a district court order denying a motion for summary judgment in a personal injury action.

Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying motions for summary judgment, and we are not persuaded that any exception to the

SUPREME COURT
OF
NEVADA

(O) 1947A

20-03339

general rule applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Gibbons

_____, Sr. J.
Douglas

cc: Hon. Joanna Kishner, District Judge
Lincoln, Gustafson & Cercos
Henness & Haight, Injury Attorneys
Eighth District Court Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.